# In the United States District Court for the Southern District of Georgia

IN RE: HONORABLE B. AVANT EDENFIELD

## ORDER

It is with great sorrow and deep regret that this Court notes the death on May 9, 2015, of the Honorable B. Avant Edenfield, former Chief Judge of this Court (1990-1997) and Judge of this Court since November 9, 1978.

As a mark of respect, esteem and affection with which he was held by this Court, IT IS ORDERED that the United States District Court for the Southern District of Georgia stand adjourned commencing at 12:30 p.m. on Tuesday, May 12, 2015, and continuing until 5:00 o'clock p.m. of that day.

IT IS ORDERED that the offices of the Clerk, the Probation Office and the Chambers of this Court shall remain closed during said period.

IT IS FURTHHER ORDERED that this Order be recorded upon the Minutes of this Court.

SO ORDERED, this \_\_\_11\_\_\_ day of May, 2015.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

1

AO 72A
(Rev. 8/82)